**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____   Chapter ___7___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | The Rolland Group Inc. | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-0574935 | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>1000 Speer Blvd., Apt. 1611<br>Denver, CO 80204<br>Number, Street, City, State & ZIP Code<br><br>Denver<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  The Rolland Group Inc.                                          Case number (if known) _____
        Name

---

**7.**  **Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. Check all that apply

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

---

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11. Check **all** that apply:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

---

Debtor   The Rolland Group Inc.                                    Case number *(if known)* _____
         Name

---

**11. Why is the case filed in**   *Check all that apply:*
**this district?**

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or**      ☒ No
**have possession of any**          ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**real property or personal**
**property that needs**
**immediate attention?**           **Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of**      .        *Check one:*
**available funds**

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of**
**creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   The Rolland Group Inc.                                    Case number (*if known*) _____
_____
         Name

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 2, 2023
              _____
              MM / DD / YYYY

**X** /s/  Robert Rolland                                    Robert Rolland
_____          _____
Signature of authorized representative of debtor                Printed name

Title   CEO
       _____

**18. Signature of attorney**

**X** /s/ Steven T. Mulligan                         Date   May 2, 2023
_____                _____
Signature of attorney for debtor                               MM / DD / YYYY

Steven T. Mulligan
_____
Printed name

Coan, Payton & Payne, LLC
_____
Firm name

999 18th Street, Suite S3100
Denver, CO 80202
_____
Number, Street, City, State & ZIP Code

Contact phone    (303) 861-8888        Email address   smulligan@cp2law.com
                _____                       _____

19901 CO
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    The Rolland Group Inc.

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 2, 2023      **X** /s/   Robert Rolland
                                             Signature of individual signing on behalf of debtor

                                             Robert Rolland
                                             Printed name

                                             CEO
                                             Position or relationship to debtor

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name ___The Rolland Group Inc._____

United States Bankruptcy Court for the:   ___DISTRICT OF COLORADO_____

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

<table>
<tr><td><strong>Part 1:</strong></td><td><strong>Summary of Assets</strong></td></tr>
</table>

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................................   $              0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................................   $          2,342.12

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................................   $          2,342.12

<table>
<tr><td><strong>Part 2:</strong></td><td><strong>Summary of Liabilities</strong></td></tr>
</table>

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $      242,116.32

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................   $              0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................   +$     832,204.49

4. **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b                            $     1,074,320.81

| Fill in this information to identify the case: | |
|---|---|
| Debtor name    The Rolland Group Inc. | |
| United States Bankruptcy Court for the:   DISTRICT OF COLORADO | |
| Case number (if known)   _____ | ☐ Check if this is an<br>amended filing |

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase Bank | Checking | 9532 | $1,253.41 |
| 3.2. | Chase Bank | Checking | 3319 | $1,071.91 |
| 3.3. | Chase Bank | Savings | 9934 | $16.80 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                    | $2,342.12 |

### Part 2:    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. Does the debtor have any accounts receivable?

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

Debtor   The Rolland Group Inc.                                    Case number *(If known)* _____
_____
Name

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** Lodel.com hungrybuffs.com btownmenus.com therollandgroup.com | $0.00 | | $0.00 |
| 62. **Licenses, franchises, and royalties** Perpetual license on software from Groupon. By contract, If use is stopped, gets returned to Groupon | $0.00 | | $0.00 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page  2

Debtor    The Rolland Group Inc.                                            Case number *(If known)*  _____
          Name

| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| | Roughly 95,000 customer emails | $0.00 | | $0.00 |

| 64. | **Other intangibles, or intellectual property** | | | |

| 65. | **Goodwill** | | | |
| | About 100 restaurants and 95,000 customers | $0.00 | | $0.00 |

| 66. | **Total of Part 10.** | | | $0.00 |
| | Add lines 60 through 65. Copy the total to line 89. | | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☒ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    The Rolland Group Inc.                                    Case number *(If known)* _____
          Name

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,342.12 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,342.12 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,342.12 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name ___The Rolland Group Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF COLORADO___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1 | **JP Morgan Chase**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>All Inventory, Chattel Paper, Accounts, Equipment and General Intangibles; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and other accounts proceeds) | $242,116.32 | $0.00 |

270 Park Avenue
New York, NY 10017-2014
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
4001

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
Non-Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $242,116.32 |

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___The Rolland Group Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF COLORADO___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $0.00 | $0.00 |
| | Internal Revenue Service | | |
| | PO Box 7346 | | |
| | Philadelphia, PA 19101-7346 | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
For Notice Purposes Only

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | $85.39 |
| | 1099 Pro LLC | |
| | Department 1900 | |
| | PO Box 4106 | |
| | Woburn, MA 01888-4106 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

|  | | Amount of claim |
|---|---|---|
| **3.2** | Nonpriority creditor's name and mailing address | $836.52 |
| | 3 Amigos Taqueria | |
| | 340 S Patterson Dr STE 2101 | |
| | Bloomington, IN 47404 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | The Rolland Group Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.31 |
|---|---|---|---|

3 Margaritas
6896 W 120th Ave
Broomfield, CO 80020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $771.38 |
|---|---|---|---|

Ali Baba Grill
3054 28th St.
Boulder, CO 80301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66,495.81 |
|---|---|---|---|

American Express
1990 Milestone Dr.
Salt Lake City, UT 84104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ Credit card _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.72 |
|---|---|---|---|

Ampersand Coffee Roasters
6560 Odell Pl #C
Boulder, CO 80301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.55 |
|---|---|---|---|

Anatolia Turkish Cuisine
405 East 4th Street
Bloomington, IN 47408

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _05/22_

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.63 |
|---|---|---|---|

Apna Bazaar
2556 E. 3rd St.
Bloomington, IN 47401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _07/22_

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $704.56 |
|---|---|---|---|

Asuka
2632 E. 3rd St
Bloomington, IN 47401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _05/22; 06/22_

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,488.75 |
|---|---|---|---|

Avers North
1837 N. Kinser Pike
Bloomington, IN 47404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _05/22-07/22_

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| Debtor | The Rolland Group Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$33.50**
Avers Pizza East
1285 South College Mall Road
Bloomington, IN 47401

Date(s) debt was incurred  7/22-01/23

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,635.45**
Avers Pizza South
317 E. Winslow Road

Date(s) debt was incurred  05/22-01/23

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$467.68**
Bedrak Cafe
409 S. Walnut St.
Bloomington, IN 47401

Date(s) debt was incurred  05/22-01/23

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$178.73**
Best Taste
109 W 4th St.
Bloomington, IN 47401

Date(s) debt was incurred  05/22

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.90**
Birria Dias
58 West 400 North
Logan, UT 84321

Date(s) debt was incurred  07/22

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,806.65**
Black Pepper Pho
2770 Pearl Street
Boulder, CO 80303

Date(s) debt was incurred  05/22-04/23

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.32**
Blackjack Pizza - Boulder
3023 Walnut Street
Boulder, CO 80301

Date(s) debt was incurred  05/22; 07/22

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$81.57**
Blofish Sushi
1932 14th St.
Boulder, CO 80302

Date(s) debt was incurred  01/23

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | The Rolland Group Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.19** | Nonpriority creditor's name and mailing address
Boulder Salad, Healthy Wrap & Soup House
1310 College Ave

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$80.09

---

**3.20** | Nonpriority creditor's name and mailing address
Bova's Market & Grill
1100 28th St UNIT 200
Boulder, CO 80303

**Date(s) debt was incurred** _03/23_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$347.66

---

**3.21** | Nonpriority creditor's name and mailing address
B-Town Diner
211 North Walnut Street
Bloomington, IN 47404

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$681.25

---

**3.22** | Nonpriority creditor's name and mailing address
Btown Gyros
408 East 4th St.
Bloomington, IN 47408

**Date(s) debt was incurred** _05/22-07/22_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$2,013.55

---

**3.23** | Nonpriority creditor's name and mailing address
Buccettos
S, 115 IN-46
Bloomington, IN 47408

**Date(s) debt was incurred** _01/23-04/23_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$65.82

---

**3.24** | Nonpriority creditor's name and mailing address
Burma Garden
413 E 4th Street
Bloomington, IN 47408

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$2,054.10

---

**3.25** | Nonpriority creditor's name and mailing address
Caliche's
131 Roadrunner Pkwy
Las Cruces, NM 88011

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$168.16

---

**3.26** | Nonpriority creditor's name and mailing address
Campus Coffee Bean
1800 S Milton Rd
Flagstaff, AZ 86001

**Date(s) debt was incurred** _06/22_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$6.16

---

Debtor   The Rolland Group Inc.                                      Case number (if known) _____
              Name

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.94 |
|---|---|---|---|

Casera
2299 Pearl St.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  05/22

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,347.58 |
|---|---|---|---|

Chase Credit Card
P.O Box 6026
Mailcode IL 1-0054
Chicago, IL 60680-6026

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  4820

**Basis for the claim:**  Credit card

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.69 |
|---|---|---|---|

China Garden
1301 S. Milton Road
Flagstaff, AZ 86001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  07/22

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $317.29 |
|---|---|---|---|

China Gourmet
3970 Broadway
Boulder, CO 80304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  03/23

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,503.61 |
|---|---|---|---|

Chow Bar
216 South Indiana Avenue

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  06/22-03/23

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.35 |
|---|---|---|---|

Club House Sandwich Bar
2299 Pearl St.
Boulder, CO 80302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  05/22

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.91 |
|---|---|---|---|

Crumbl
1805 29th St
Boulder, CO 80301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.41 |
|---|---|---|---|

Cup Of Peace
3216 Arapahoe Ave
Boulder, CO 80303

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  05/22

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | The Rolland Group Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $167.15 |
|---|---|---|---|

Dagabi Cucina Spanish Restaurant
3970 Broadway St
#101
Boulder, CO 80304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $948.32 |
|---|---|---|---|

Dagwood's Deli
116 South Indiana Avenue
Bloomington, IN 47408

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  07/22-03/23

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112,365.00 |
|---|---|---|---|

Danny Rolland
110 Old Meadow Way
West Palm Beach, FL 33416

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Loan

**Last 4 digits of account number** _

Is the claim subject to offset?   ☐ No   ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Dara Thai
14 S. San Francisco St.
Flagstaff, AZ 86001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,575.33 |
|---|---|---|---|

Dats
408 East 4th St.
Bloomington, IN 47408

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  05/22-07/22

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,999.08 |
|---|---|---|---|

DO Asian Fusion Restaurant
404 E. 4th St.
Bloomington, IN 47401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  05/22-01/23

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.71 |
|---|---|---|---|

East Moon
2144 Main St.
Longmont, CO 80501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  07/22

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.98 |
|---|---|---|---|

El Salvador Los Primos
880 Main St Ste
Logan, UT 84321

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  05/22-06/22

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Debtor   __The Rolland Group Inc._____          Case number *(if known)* _____
     Name

| 3.43 | **Nonpriority creditor's name and mailing address**<br>Eric Gordon's Greek's Pizzeria<br>1425 N Dunn St<br>Bloomington, IN 47408 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,199.03 |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address**<br>Fat Dan's Chicago Deli<br>221 E. Kirkwood Ave.<br>Bloomington, IN 47408 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,268.44 |
|---|---|---|---|
| | **Date(s) debt was incurred** _05/22-03/23_ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address**<br>Fazoli's<br>315 S. College Mall Road<br>Bloomington, IN 47401 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $278.75 |
|---|---|---|---|
| | **Date(s) debt was incurred** _05/22_ | **Basis for the claim:** _07/22_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address**<br>Five Spice<br>3325 28th St.<br>Unit 5<br>Boulder, CO 80302 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,472.71 |
|---|---|---|---|
| | **Date(s) debt was incurred** _05/22-03/23_ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address**<br>Fizz N Fryz<br>111 E1600 N<br>Logan, UT 84341 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17.70 |
|---|---|---|---|
| | **Date(s) debt was incurred** _05/22-06/22_ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address**<br>Flower Pepper Restaurant<br>2655 Broadway<br>Boulder, CO 80304 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,704.63 |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address**<br>Folsom Thai<br>1575 Folsom St., 101<br>Boulder, CO 80302 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $527.58 |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address**<br>Foolish Craig's Cafe<br>1611 Pearl St<br>Boulder, CO 80302 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $458.41 |
|---|---|---|---|
| | **Date(s) debt was incurred** _06/22-03/23_ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No   ☐ Yes | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

Debtor __The Rolland Group Inc._____   Case number *(if known)* _____
　　　　　　　Name

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,268.44 |
|---|---|---|---|

Golden China
2478 S. Walnut St.
Bloomington, IN 47401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14,819.04 |
|---|---|---|---|

Golden Sun
1635 28th St.
Boulder, CO 80301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _05/22-03/23_

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,320.99 |
|---|---|---|---|

Gondolier Italian Eatery
4800 Baseline Rd, #A104
Boulder, CO 80303

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3.05 |
|---|---|---|---|

Greek Streak 2
505 E 1400 N #170
Logan, UT 84341

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _05/22_

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14.10 |
|---|---|---|---|

Greenlight Salads & Bowls
2299 Pearl St.
Boulder, CO 80302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $387.00 |
|---|---|---|---|

Guardian Storage
1555 South 76th St.
Superior, CO 80027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $250.96 |
|---|---|---|---|

Gurkhas Dumpling & Curry House
2525 Arapahoe Ave.
Boulder, CO 80302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Gurkhas Restaurant
2347 Cloverbasin Drive
Longmont, CO 80503

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| Debtor | The Rolland Group Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,367.92 |
|---|---|---|---|

Hapa
1117 Pearl St.
Boulder, CO 80302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,527.86 |
|---|---|---|---|

Happy Thai
519 S. Walnut St
Bloomington, IN 47401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _05/22-01/23_

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.67 |
|---|---|---|---|

Hartzell's Ice Cream
107 N. Dunn St

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.42 |
|---|---|---|---|

Highline Burgers & Wings
2299 Pearl St.
Boulder, CO 80302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _05/22_

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $302.64 |
|---|---|---|---|

Hive
2608 E 10th St
Bloomington, IN 47408

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _01/23-03/23_

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.29 |
|---|---|---|---|

IHOP
1675 28th St
Boulder, CO 80301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.09 |
|---|---|---|---|

InBloom Eats & Juice
116 E 3rd St, 101
Bloomington, IN 47401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,717.86 |
|---|---|---|---|

India Garden
420-424 East 4th St.
Bloomington, IN 47408

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

Debtor   The Rolland Group Inc.
_____      Case number (if known) _____
                  Name

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.98 |
|---|---|---|---|
| | International Market by Apna Bazaar | | |
| | 2556 E. 3rd St. | ☐ Contingent | |
| | Bloomington, IN 47401 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,135.73 |
|---|---|---|---|
| | Irish Lion | | |
| | 212 West Kirkwood Avenue | ☐ Contingent | |
| | Bloomington, IN 47404 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Jai Thai | | |
| | 2055 Kenn Pratt Blvd. | ☐ Contingent | |
| | Longmont, CO 80501 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $915.82 |
|---|---|---|---|
| | Jaipur Indian Restaurant | | |
| | 1214 Walnut St | ☐ Contingent | |
| | Boulder, CO 80302 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $146.63 |
|---|---|---|---|
| | Jamba Juice | | |
| | 3053 Arapahoe Ave | ☐ Contingent | |
| | Boulder, CO 80302 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $439.77 |
|---|---|---|---|
| | Jersey Mike's Subs | | |
| | 2618 E. 10th St. | ☐ Contingent | |
| | Bloomington, IN 47408 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.03 |
|---|---|---|---|
| | Johnny Os Spudnuts | | |
| | 630 S Main St | ☐ Contingent | |
| | Logan, UT 84321 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.33 |
|---|---|---|---|
| | Kabuki Japanese Steakhouse & Sushi Bar | | |
| | 461 N. Main St | ☐ Contingent | |
| | Logan, UT 84321 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | The Rolland Group Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.75** | Nonpriority creditor's name and mailing address
Kalita Grill
2426 Arapahoe Ave #270
Boulder, CO 80302

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,504.06

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address
Kathmandu Restaurant
1964 28th Street
Boulder, CO 80301

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,570.47

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address
Kim's Food To Go
1121 Broadway Suite 103
Boulder, CO 80302

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$582.05

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No   ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address
Kin & Co Comfort Kitchen
2299 Pearl St.
Boulder, CO 80302

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$582.05

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address
Korea Restaurant
409 East 4th Street
Bloomington, IN 47408

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,489.00

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address
La Mariposa
2845 28th St.
Boulder, CO 80301

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,098.71

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address
La Unica Authentic Mexican Food
785 Main St
Smithfield, UT 84335

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$805.35

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address
Le French Cafe
2525 Arapahoe Ave C-1
Boulder, CO 80302

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,226.66

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | The Rolland Group Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.83** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$303.99**

Le Frigo
5360 Arapahoe Avanue, Ste B2
Boulder, CO 80303

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,449.75**

Lindsay's Boulder Deli at Haagen Dazs
1148 Pearl Street
Boulder, CO 80302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$662.50**

Little Tibet
415 East 4th Street
Bloomington, IN 47408

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$874.37**

Little Tibet Restaurant & Bar
4479 N Broadway
Boulder, CO 80304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$42.06**

Logan's Heroes
101 Main St
Logan, UT 84321

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,928.73**

LongFei Chinese Restaurant
113 S. Grant St.
Bloomington, IN 47408

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16.85**

Malee Thai
2939 17th Ave
Longmont, CO 80503

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$910.79**

Mama's Korean BBQ
2630 E. 10th St.
Bloomington, IN 47408

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | The Rolland Group Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.91 | **Nonpriority creditor's name and mailing address**<br>Matteo's Mexican Food<br>1001 E. University Ave.<br>Las Cruces, NM 88001 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $64.67 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.92 | **Nonpriority creditor's name and mailing address**<br>McDonald's 28th St.<br>1800 28th St<br>Boulder, CO 80301 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,659.92 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.93 | **Nonpriority creditor's name and mailing address**<br>McDonald's Baseline<br>2920 Baseline Rd<br>Boulder, CO 80303 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,060.95 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☐ No   ☐ Yes | |

| 3.94 | **Nonpriority creditor's name and mailing address**<br>Michael Rolland<br>419 SE 2nd st. #2007<br>Fort Lauderdale, FL 33301 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $112,600.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Loan | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.95 | **Nonpriority creditor's name and mailing address**<br>Mix Ramen and Sushi Bar<br>1001 University Ave.<br>Las Cruces, NM 88001 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $356.84 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.96 | **Nonpriority creditor's name and mailing address**<br>Morning Glory Cafe<br>115 S. San Francisco St<br>Flagstaff, AZ 86001 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $65.82 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.97 | **Nonpriority creditor's name and mailing address**<br>Morty's Cafe<br>780 E 700 N<br>Logan, UT 84321 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $81.14 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.98 | **Nonpriority creditor's name and mailing address**<br>Motomaki<br>1600 28th St, #1216<br>Boulder, CO 80301 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $369.58 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| Debtor | The Rolland Group Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.99** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$169.12**

Mr. Hibachi
4400 E. 3rd St
Bloomington, IN 47401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17.90**

My Pita Wrap
1800 S. Milton rd
Flagstaff, AZ 86001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,688.36**

My Thai Cafe & Sushi
3316 W. 3rd St
Bloomington, IN 47404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

My Thai Downtown
402 E. 4th St
47408

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$502.56**

Native Foods
2825 Wilderness Pl, Suite 500
Boulder, CO 80301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28.46**

New Jersey Pizza Company
2224 E. Cedar Ave
Flagstaff, AZ 86004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Nick-N-Willy's Take-N-Bake Pizza
801 Pearl St
Boulder, CO 80302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$162.72**

Noodle Town
2632 E. 3rd St
Bloomington, IN 47401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com |

| Debtor | The Rolland Group Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.107**

**Nonpriority creditor's name and mailing address**
Nothing Bundt Cakes
2710 Arapahoe Ave
Boulder, CO 80302

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$48.42

---

**3.108**

**Nonpriority creditor's name and mailing address**
Organic Sandwich Boulder
1500 Pearl Street
Boulder, CO 80302

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$2,325.94

---

**3.109**

**Nonpriority creditor's name and mailing address**
Organic Sandwich Louisville
459 McCaslin Blvd
Louisville, CO 80027

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$102.91

---

**3.110**

**Nonpriority creditor's name and mailing address**
Papa John's South
2486 South Walnut Street
Bloomington, IN 47401

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$9.53

---

**3.111**

**Nonpriority creditor's name and mailing address**
Pato Thai
20 E. Route 66
Flagstaff, AZ 86001

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$203.77

---

**3.112**

**Nonpriority creditor's name and mailing address**
Peach Garden
536 S. College Avenue
Bloomington, IN 47403

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$204.15

---

**3.113**

**Nonpriority creditor's name and mailing address**
Pizza 314
1313 college Ave
Boulder, CO 80302

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.114**

**Nonpriority creditor's name and mailing address**
Pizza Colore
1336 Pearl St
Boulder, CO 80302

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$560.62

---

Debtor  __The Rolland Group Inc._____  Case number (if known) _____
       Name

| | | |
|---|---|---|
| **3.115** | **Nonpriority creditor's name and mailing address**<br>Potbelly Sandwich Shop<br>517 E. Kirkwood Ave<br>Bloomington, IN 47408 | $659.25 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __
Is the claim subject to offset? ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| **3.116** | **Nonpriority creditor's name and mailing address**<br>Pub Americana - Cocoa Village<br>401 Delannoy Ave<br>Cocoa, FL 32922 | $2,765.07 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __
Is the claim subject to offset? ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| **3.117** | **Nonpriority creditor's name and mailing address**<br>Pub Americana - Melbourne<br>924 E New Haven Ave<br>Melbourne, FL 32901 | $2,016.45 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __
Is the claim subject to offset? ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| **3.118** | **Nonpriority creditor's name and mailing address**<br>Robert & Cathy Rolland<br>1000 Speer Blvd. #1611<br>Denver, CO 80204 | $211,696.58 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __Loan__
Is the claim subject to offset? ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| **3.119** | **Nonpriority creditor's name and mailing address**<br>Romo's Mediterranean Grill<br>661 N. Main st<br>Logan, UT 84321 | $1,594.17 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __
Is the claim subject to offset? ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| **3.120** | **Nonpriority creditor's name and mailing address**<br>Ruan Thai<br>215 W 12th St<br>Ogden, UT 84404 | $379.59 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __
Is the claim subject to offset? ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| **3.121** | **Nonpriority creditor's name and mailing address**<br>Rush Hour Station<br>421 East 3rd Street<br>Bloomington, IN 47401 | $556.64 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __
Is the claim subject to offset? ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| **3.122** | **Nonpriority creditor's name and mailing address**<br>SMOKEWORKS<br>121 N. College Ave.<br>Bloomington, IN 47404 | $1,571.75 |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __
Is the claim subject to offset? ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com           

| Debtor | The Rolland Group Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.123** | **Nonpriority creditor's name and mailing address**
Smokin' Jacks
505 W. 17th St.
Bloomington, IN 47404

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$5,630.45

---

**3.124** | **Nonpriority creditor's name and mailing address**
Social Cantina
125 N. College Ave.
Bloomington, IN 47404

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$5,096.58

---

**3.125** | **Nonpriority creditor's name and mailing address**
Subway
319 E. Winslow Road
Bloomington, IN 47401

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$199.24

---

**3.126** | **Nonpriority creditor's name and mailing address**
Subway - E 10th St
1799 E 10th St
Bloomington, IN 47408

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$215.68

---

**3.127** | **Nonpriority creditor's name and mailing address**
Support Ninja
3008 Taylor St
Dallas, TX 75226

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$32,931.79

---

**3.128** | **Nonpriority creditor's name and mailing address**
Sushi Aji
489 N. US HWY 287, 100
Lafayette, CO 80026

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$98.23

---

**3.129** | **Nonpriority creditor's name and mailing address**
Sushi Bar
2522 E 10th St.
Bloomington, IN 47408

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$5,505.47

---

**3.130** | **Nonpriority creditor's name and mailing address**
Tandoori Oven
720 East 1000
Logan, UT 84321

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$490.38

---

Debtor   __The Rolland Group Inc._____     Case number *(if known)*  _____
        Name

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $853.75 |
|---|---|---|---|

Tangerine
2777 Iris Ave.
Boulder, CO 80304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $27.64 |
|---|---|---|---|

Teppan Fuji
2500 S, Woodlands village
Flagstaff, AZ 86001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $485.49 |
|---|---|---|---|

Thai Avenue
1310 College Ave #220
Boulder, CO 80302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☐ No   ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,934.60 |
|---|---|---|---|

The 3 Amigos
601 North College Avenue, Suite #2
Bloomington, IN 47404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,826.77 |
|---|---|---|---|

The Attic Bar & Bistro
949 Walnut St
Boulder, CO 80302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18,333.00 |
|---|---|---|---|

The Chocolate Moose
405 South Walnut Street
Bloomington, IN 47401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $588.24 |
|---|---|---|---|

The Corner
1100 13th Street
Boulder, CO 80302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $241.74 |
|---|---|---|---|

The Game II
4131 Northrise Dr.
Las Cruces, NM 88011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | The Rolland Group Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.139** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $288.18
The Point Cafe
1101 13th St
Boulder, CO 80302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,982.04
The Tap
101 N. College Ave.
47404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,433.30
The Trojan Horse
100 East Kirkwood Avenue
Bloomington, IN 47408

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $74.36
Tibets Restaurant & Bar
321 McCaslin Blvd
Louisville, CO 80027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,332.01
Tiffin's Indian Cafe
2416 Arapahoe Ave
Boulder, CO 80302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,925.23
Tra-Lings Oriental Cafe
2850 Iris Avenue, #D
Boulder, CO 80301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $260.29
Village Pub
206 N. Walnut St.
Bloomington, IN 47404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,152.21
Wings X - Extended Delivery
2620 E. 10th Street
Bloomington, IN 47408

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| Debtor | The Rolland Group Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,328.99 |
|---|---|---|---|

Wings Xtreme
2620 E. 10th Street
Bloomington, IN 47408

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,419.57 |
|---|---|---|---|

Yogi's Bar & Grill
302 N. walnut St.
Bloomington, IN 47404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,336.56 |
|---|---|---|---|

You and Mee Noodle House
2850 Iris Avenue, #D2
D
Boulder, CO 80301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 832,204.49 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 832,204.49 |

**Fill in this information to identify the case:**

Debtor name ___The Rolland Group Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF COLORADO___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☒ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
      ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | _____ |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | _____ |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | _____ |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | _____ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ____The Rolland Group Inc.____

United States Bankruptcy Court for the: ____DISTRICT OF COLORADO____

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Daniel Rolland | 110 Old Meadow Way<br>West Palm Beach, FL 33416 | JP Morgan Chase | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Robert Rolland | 1000 Speer Blvd., #1611<br>Denver, CO 80204 | JP Morgan Chase | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

# United States Bankruptcy Court
## District of Colorado

In re    The Rolland Group Inc.                                  Case No. 

                                         Debtor(s)           Chapter    7

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    May 2, 2023                                  /s/  Robert Rolland

                                                      Robert Rolland/CEO
                                                      Signer/Title